Case 2:18-cv-01348-AKK   Document 12   Filed 12/18/18   Page 1 of 1

Case: 18-14448   Date Filed: 12/18/2018   Page: 2 of 2

FILED
2018 Dec-18 PM 03:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

No. 18-14448-D

---

HIRAM GIRARD RAHIM,

                        Plaintiff - Appellant,

versus

STATE OF ALABAMA DEPARTMENT OF THE
SECRETARY OF STATE ELECTION COMMITTEE,
STATE OF ALABAMA GOVERNOR OF THE STATE OF ALABAMA,

                        Defendants - Appellees.

---

Appeal from the United States District Court
for the Northern District of Alabama

---

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Hiram Girard Rahim has failed to pay the filing and docketing fees to the district court within the time fixed by the rules., effective December 18, 2018.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Scott O'Neal, D, Deputy Clerk

                        FOR THE COURT - BY DIRECTION